UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CORY DEAN RUNGE,

    Plaintiff,

    v.

Mr. IPPOLLITO; A. SOTELLO; M. R. TURK; Mrs. BOCELLA; V. ORTEGA; E. GARCIA; J. W. DOVEY; M. S. EVANS; Mrs. WOLF; A. MAJOR; Dr. LEE; Mr. ARMSTRONG; R. JONES; C. R. SHARPS; Mr. CAITO; and JANE DOES 1-6,

    Defendants.

No. C 06-5218 PJH (PR)

**ORDER DENYING PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL**

This is a civil rights case filed pro se by a state prisoner. Plaintiff has moved for appointment of counsel.

There is no constitutional right to counsel in a civil case, *Lassiter v. Dep't of Social Services*, 452 U.S. 18, 25 (1981), and although district courts may "request" that counsel represent a litigant who is proceeding in forma pauperis, as plaintiff is here, *see* 28 U.S.C. § 1915(e)(1), that does not give the courts the power to make "coercive appointments of counsel." *Mallard v. United States Dist. Court*, 490 U.S. 296, 310 (1989).

The Ninth Circuit has held that a district court may ask counsel to represent an indigent litigant only in "exceptional circumstances," the determination of which requires an evaluation of both (1) the likelihood of success on the merits and (2) the ability of the plaintiff to articulate his claims pro se in light of the complexity of the legal issues involved. *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991).

///

Plaintiff has opposed the motion for summary judgment filed by defendants Major, Evans, and Armstrong, and also has opposed the motion to dismiss filed by defendant Sanchez. The motions are submitted and soon will be ruled upon; it does not appear that anything further needs to be filed at this point, and plaintiff's brief motion does not identity any specific filing for which he requires assistance. The motion for appointment of counsel (document number 136 on the docket) is **DENIED** without prejudice to renewing it if the dispositive motions are denied.

**IT IS SO ORDERED.**

Dated: 2/2/10

PHYLLIS J. HAMILTON
United States District Judge

P:\PRO-SE\PJH\CR.06\RUNGE218.ATY2.wpd

2