1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                     FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11 | |
| **CORY DEAN RUNGE,** | Case No. C 06-5218 PJH (PR) |
| 12 | |
| Plaintiff, | [~~PROPOSED~~] ORDER AND WRIT OF |
| 13 | HABEAS CORPUS AD |
| v. | TESTIFICANDUM TO TRANSPORT |
| 14 | PLAINTIFF CORY RUNGE, |
| | CDCR #P-04047 |
| 15 **MR. IPPOLLITO, et al.,** | |
| 16 | |
| Defendants. | |
| 17 | |

18          Plaintiff Cory Runge, CDCR #P-04047, is a necessary and material witness to the

19   settlement conference scheduled to take place before the Honorable Nandor Vadas on June 7,

20   2010 at 1:00 p.m. at California State Prison, Solano.  Runge is currently confined at Salinas

21   Valley State Prison, in Soledad, California, in the custody of the Warden.  In order to secure

22   Runge's attendance at this settlement conference, it is necessary that a Writ of Habeas Corpus Ad

23   Testificandum issue commanding Runge's custodian to produce him at California State Prison,

24   Solano, located at 2100 Peabody Road, in Vacaville, California.

25          ACCORDINGLY, IT IS ORDERED that:

26          1.     A Writ of Habeas Corpus ad Testificandum issue, under the seal of this Court,

27   commanding the Warden of Salinas Valley State Prison and the California Department of

28   Corrections and Rehabilitation to produce inmate Cory Runge, CDCR #P-04047, for a settlement

1   conference at California State Prison, Solano, on June 7, 2010 at 1:00 p.m., until the completion

2   of this proceeding or as ordered by the Court, and thereafter to return Runge to Salinas Valley

3   State Prison.

4       2.    The custodian is further ordered to notify the Court of any change in the custody of

5   Runge and is ordered to provide the new custodian with a copy of this writ.

6   WRIT OF HABEAS CORPUS AD TESTIFICANDUM

7       To:   The Warden of Salinas Valley State Prison,

8       YOU ARE COMMANDED to produce inmate Cory Runge, CDCR #P-04047, for a

9   settlement conference at California State Prison, Solano before the Honorable Nandor Vadas on

10  June 7, 2010 at 1:00 p.m., until completion of this proceeding or as ordered by the Court, and

11  thereafter to return Runge to Salinas Valley State Prison.

12      FURTHER, you have been ordered to notify the Court of any change in the custody of

13  Runge and to provide the new custodian with a copy of this writ.

14      IT IS SO ORDERED.

15

16  Dated:  May 3, 2010

17                                      Judge Nandor J. Vadas

18

19

20

21

22

23

24

25

26

27

28

[Proposed] Order & Writ of Habeas Corpus Ad Testificandum Transport Inmate Runge (Case No. C 06-5218 PJH (PR))