UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| CORY DEAN RUNGE, | No. C 06-5218 PJH/NJV |
| Plaintiff, | ORDER DENYING MOTION TO CHANGE VENUE OF SETTLEMENT CONFERENCE |
| v. | |
| IPPOLLITO, et al., | |
| Defendants. | |

THIS MATTER is before the Court on Plaintiff's Motion to Change Venue of Settlement Conference[1], which requests that the November 18, 2010 settlement conference be relocated from Solano State Prison ("SSP") to Salinas Valley State Prison ("SVSP"), where Plaintiff is housed. Because SSP is less than 170 miles from SVSP, Plaintiff can easily be transported to SSP for a two-hour settlement conference with no more than minimal disruption to his daily routine at SVSP. Accordingly, the Court finds Plaintiff has failed to establish good cause to change the venue of the November 18, 2010 settlement conference, which will take place as scheduled at SSP. Plaintiff's Motion to Change Venue of Settlement Conference is DENIED.

**IT IS SO ORDERED.**

Dated: October 13, 2010

_____
NANDOR J. VADAS
United States Magistrate Judge

---

[1] Plaintiff filed one document (Docket No. 152) containing two motions: (1) a Motion to Change Venue of Settlement Conference; and (2) a Request for Appointment of Counsel. Judge Hamilton will address the latter at a later date.

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| CORY DEAN RUNGE, | No. C 06-5218 PJH |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| IPPOLLITO, et al., | |
| Defendants. / | |

I, the undersigned, hereby certify that on October 13, 2010 I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

**Cory Dean Runge**
P-04047
Unit D-3/202
P.O. Box 1050
Soledad, CA 93960-1050

_____
Chris Wolpert
Administrative Law Clerk to the
Honorable Nandor J. Vadas

2