IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORY DEAN RUNGE,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MR. IPPOLLITO, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. C 06-5218 PJH (PR)<br><br>[PROPOSED] ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT PLAINTIFF CORY RUNGE, CDCR #P-04047 |

Plaintiff Cory Runge, CDCR #P-04047, is a necessary and material witness to the settlement conference scheduled to take place before the Honorable Nandor Vadas on November 18, 2010 at 1:00 p.m. at California State Prison, Solano. Runge is currently confined at Salinas Valley State Prison, in Soledad, California, in the custody of the Warden. In order to secure Runge's attendance at this settlement conference, it is necessary that a Writ of Habeas Corpus Ad Testificandum issue commanding Runge's custodian to produce him at California State Prison, Solano, located at 2100 Peabody Road, in Vacaville, California.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this Court, commanding the Warden of Salinas Valley State Prison and the California Department of Corrections and Rehabilitation to produce inmate Cory Runge, CDCR #P-04047, for a settlement

1

conference at California State Prison, Solano, on November 18, 2010 at 1:00 p.m., until the completion of this proceeding or as ordered by the Court, and thereafter to return Runge to Salinas Valley State Prison.

2. The custodian is further ordered to notify the Court of any change in the custody of Runge and is ordered to provide the new custodian with a copy of this writ.

WRIT OF HABEAS CORPUS AD TESTIFICANDUM

To: The Warden of Salinas Valley State Prison,

YOU ARE COMMANDED to produce inmate Cory Runge, CDCR #P-04047, for a settlement conference at California State Prison, Solano before the Honorable Nandor Vadas on November 18, 2010 at 1:00 p.m., until completion of this proceeding or as ordered by the Court, and thereafter to return Runge to Salinas Valley State Prison.

FURTHER, you have been ordered to notify the Court of any change in the custody of Runge and to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: 10/20/10 _____

Judge Nandor J. Vadas