IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORY DEAN RUNGE,<br><br>                    Plaintiff,<br><br>         v.<br><br>MR. IPPOLLITO, et al.,<br><br>                    Defendants. | Case No. C 06-5218 PJH (PR)<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER OF DISMISSAL |

THE PARTIES HEREBY VOLUNTARILY STIPULATE to the dismissal with prejudice of the above-captioned action pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear his own attorneys' fees and costs.

Dated: ~~October~~ SepT 29, 2011          _____
                                                                    CORY RUNGE
                                                                    Plaintiff

Dated: October 3, 2011                        _____
                                                                    CHARLES J. ANTONEN
                                                                    Deputy Attorney General
                                                                    Attorneys for Defendant Major

1

```
 1
 2   Dated: October 3, 2011        _____
 3                                 TIMOTHY MURPHY
                                   Attorney for Defendant Rincon
 4
 5   IT IS SO ORDERED
 6
 7   Dated: October 13, 2011
                                   The Honorable Phyllis J. Hamilton
 8
```

IT IS SO ORDERED

Judge Phyllis J. Hamilton

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CERTIFICATE OF SERVICE

Case Name:   **Runge v. Ippollito, et al.**          No.   **C 06-5218 PJH (PR)**

I hereby certify that on **October 3, 2011**, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On **October 3, 2011**, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

**Cory Dean Runge, P-04047**
**Salinas Valley State Prison**
**Unit D-3/224**
**P.O. Box 1050**
**Soledad, CA  93960-1020**
Pro Se

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **October 3, 2011**, at San Francisco, California.

|  L. Tra  |  *signature*  |
| :---: | :---: |
| Declarant | Signature |

SF2007200426
20534443.doc